UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                          CASE NO: 23-CR-20481

v.                           HON. LAURIE J. MICHELSON

D-1 AUSTIN RAY SABB-VISGA,



FILED
AUG 2 1 2023
CLERK'S OFFICE
U.S. DISTRICT COURT

      Defendant.

_____

**DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT**

_____

    I, Austin Ray Sabb-Visga, defendant in this case, hereby acknowledge that I have received a copy of the Indictment in this case before entering my plea, and that I have read it and understand its contents. I waive its being read aloud in open Court.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

    Count 1 – 18 U.S.C. §§ 2251(a), (e); 2 *Conspiracy to Sexually Exploit Children*: not less than 15 years and up to 30 years imprisonment, up to a $250,000 fine, or both, and a minimum of 5 years' supervised release and up to life supervised release.

Count 2 – 18 U.S.C. § 2251(a) *Sexual Exploitation of Children*: not less than 15 years and up to 30 years imprisonment, up to a $250,000 fine, or both, and a minimum of 5 years' supervised release and up to life supervised release.

Count 4 – 18 U.S.C. § 2251(a) *Sexual Exploitation of Children*: not less than 15 years and up to 30 years imprisonment, up to a $250,000 fine, or both, and a minimum of 5 years' supervised release and up to life supervised release.

Count 6 – 18 U.S.C. § 2251(a) *Sexual Exploitation of Children*: not less than 15 years and up to 30 years imprisonment, up to a $250,000 fine, or both, and a minimum of 5 years' supervised release and up to life supervised release.

Count 8 – 18 U.S.C. § 2251(a) *Sexual Exploitation of Children*: not less than 15 years and up to 30 years imprisonment, up to a $250,000 fine, or both, and a minimum of 5 years' supervised release and up to life supervised release.

Count 9 – 18 U.S.C. § 2251(a) *Sexual Exploitation of Children*: not less than 15 years and up to 30 years imprisonment, up to a $250,000 fine, or both, and a minimum of 5 years' supervised release and up to life supervised release.

Count 10 – 18 U.S.C. § 2251(a) *Sexual Exploitation of Children*: not less than 15 years and up to 30 years imprisonment, up to a $250,000 fine, or both, and a minimum of 5 years' supervised release and up to life supervised release.

Count 12 – 18 U.S.C. § 2251(a) *Sexual Exploitation of Children*: not less than 15 years and up to 30 years imprisonment, up to a $250,000 fine, or both, and a minimum of 5 years' supervised release and up to life supervised release.

Count 13 – 18 U.S.C. § 2252A(a)(2) *Distribution of Child Pornography*: not less than 5 years and up to 20 years imprisonment, up to a $250,000 fine, or both, and a minimum of 5 years' supervised release and up to life supervised release.

Count 15 – 18 U.S.C. §§ 2252A(a)(5) and 2252A(b)(2) *Possession of Child Pornography*: up to 20 years imprisonment, up to a $250,000 fine, or both, and a minimum of 5 years' supervised release and up to life supervised release.

Dated: 8/21/23

_____
AUSTIN RAY SABB-VISGA
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 8/21/23

Mark Satawa, Esq.
Attorney for Defendant